THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT PURIFICATE, Appellant.— Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

BEVERLY H. SPARLING, Appellant, v. VAN GELDERN & Co., INC., Respondent.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of F. W. WOOLWORTH Co., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [29–33 W. 42nd St., Borough of Manhattan.] — No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

GLORIA BROGLIO, Respondent, v. JEROME GREER, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Plaintiff, v. FAIRCHILD PRESS, INC., et al., Defendants, and STEEL CONSTRUCTION COMPANY, Defendant and Third-Party Plaintiff-Appellant. A. J. McNULTY & Co., Third-Party Defendant-Respondent.—

Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ. [See post, p. 1045.]

ROSE S. HARWITZ, Respondent, v. B. L. TOUROFF, INC., et al., Appellants.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

ROSE S. HARWITZ, Respondent, v. BERNADEL REALTY CORPORATION et al., Appellants.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.